IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUNSHINE HAVEN NURSING OPERATIONS,
LLC, d/b/a SUNSHINE HAVEN LORDSBURG,

       Petitioner,

v.                                          No. 2:14-CV-00164-KG-CG

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, CENTERS FOR
MEDICARE & MEDICAID SERVICES,

       Respondent.

## STIPULATED ORDER EXTENDING PAGE LIMITS

THIS MATTER comes before the Court on the parties' stipulation to an extension of page limits for Petitioner's opening brief, pursuant to D.N.M. LR-Civ. 7.5, from 27 pages to 35 pages, Respondent's response brief from 24 pages to 40 pages, and Petitioner's reply brief from 12 pages to 20 pages. Because of the number of issues raised in this proceeding and the factual complexity of those issues, the Court approves the stipulation and will grant the extensions. Now, therefore,

IT IS ORDERED BY THE COURT that Petitioner's and Respondent's briefs may exceed the local rule page limits as set forth herein.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By   */s/ Jennifer L. Stone*
      Jennifer L. Stone
      Thomas A. Outler
P.O. Box 1888
Albuquerque, NM  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
jstone@rodey.com
*Attorneys for Petitioner*



William B. Schultz
General Counsel

Delores "Dee" Thompson
Chief Counsel


      *Electronically Approved on 06/02/2014*
Nigel F. Gant
Assistant Regional Counsel
Dept. of Health and Human Services
Office of the General Counsel
1301 Young Street, Suite 1138
Dallas, Texas  75202
Telephone:  214-767-0788
Facsimile:  214-767-4663
nigel.gant@hhs.gov
*Attorneys for Respondent*