IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUNSHINE HAVEN NURSING OPERATIONS,
LLC, d/b/a SUNSHINE HAVEN LORDSBURG,

      Petitioner,

v.                                    No. 2:14-CV-00164-KG-CG

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, CENTERS FOR
MEDICARE & MEDICAID SERVICES,

      Respondent.

FINAL ORDER OF DISMISSAL

      Having denied the Petition for Review of Agency Decision (Doc. 1) at 9 as it relates to the Denial of Payment for New Admissions and to the termination of the provider agreement by a Memorandum Opinion and Order entered contemporaneously with this Final Order of Dismissal,

      IT IS ORDERED that Petitioner's lawsuit is dismissed with prejudice, and this case is terminated.

_____
UNITED STATES DISTRICT JUDGE